FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 21, 2023**

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-31-TOR |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. §§ 113(a)(3), 1153<br>Assault with a Dangerous Weapon in Indian Country<br>(Count 1) |
| XANDER LEE OSTENBERG, | |
| Defendant. | 18 U.S.C. § 924(c)(1)(A)(ii)<br>Brandishing a Firearm During and in Relation to a Crime of Violence<br>(Count 2) |
| | 18 U.S.C. §§ 113(a)(6), 1153<br>Assault Resulting in Serious Bodily Injury in Indian Country<br>(Counts 3-4) |
| | 18 U.S.C. §§ 1201, 1153<br>Kidnapping in Indian Country<br>(Count 5) |

INDICTMENT – 1

18 U.S.C. §§ 113(a)(7), 1153
Assault Resulting in Substantial
Bodily Injury to a Spouse, Intimate
Partner, or Dating Partner in Indian
Country
(Count 6)

18 U.S.C. § 924(d)(1),
28 U.S.C. § 2461
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about January 19, 2023, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, XANDER LEE OSTENBERG, an Indian, did intentionally assault F.L.C. with a dangerous weapon, to wit: a gun, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

## COUNT 2

On or about January 19, 2023, in the Eastern District of Washington, the Defendant, XANDER LEE OSTENBERG, did knowingly use, carry, possess, and brandish a firearm during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon, as charged in Count 1 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT 3

On or about February 5, 2023, in the Eastern District of Washington, within the external boundaries of the Kalispel Indian Reservation, in Indian country, the Defendant, XANDER LEE OSTENBERG, an Indian, did intentionally assault R.L.P., resulting in serious bodily injury to R.L.P., all in violation of 18 U.S.C. §§ 113(a)(6), 1153.

INDICTMENT – 2

COUNT 4

On or about February 5, 2023, in the Eastern District of Washington, within the external boundaries of the Kalispel Indian Reservation, in Indian country, the Defendant, XANDER LEE OSTENBERG, an Indian, did intentionally assault L.E.C., resulting in serious bodily injury to L.E.C., all in violation of 18 U.S.C. §§ 113(a)(6), 1153.

COUNT 5

On or about February 5, 2023, in the Eastern District of Washington, within the external boundaries of the Kalispel Indian Reservation, in Indian country, the Defendant, XANDER LEE OSTENBERG, an Indian, did unlawfully kidnap, abduct, confine, seize, carry away, and hold for ransom or reward or otherwise T.R.P., all in violation of 18 U.S.C. §§ 1201(a), 1153.

COUNT 6

On or about February 5, 2023, in the Eastern District of Washington, within the external boundaries of the Kalispel Reservation, in Indian country, the Defendant, XANDER LEE OSTENBERG, an Indian, did knowingly assault T.R.P., a spouse, intimate partner, or dating partner, resulting in substantial bodily injury to T.R.P., all in violation of 18 U.S.C. §§ 113(a)(7), 1153.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(ii), as set forth in Count 2 in this Indictment, the Defendant, XANDER LEE OSTENBERG, shall forfeit to the

INDICTMENT – 3

1   United States of America any firearm or ammunition involved or used in the

2   commission of the offense.

3       DATED this _21_ day of March, 2023.

4

5                        A TRUE BILL

6

7

8

9

10

11   Vanessa R. Waldref

12   United States Attorney

13

14

15   Richard R. Barker

       Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28